UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Daniel Stellmacher

    Defendant.
_____/

Case: 1:24-cr-20447
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 08-14-2024

Violations:
18 U.S.C. § 844(i)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Arson
### 18 U.S.C. § 844(i)

On or about July 30, 2023, in the Eastern District of Michigan, defendant, Daniel Stellmacher, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, the building and other real and personal property at 991 West Midland Road, Auburn, Michigan, a Marathon gas station used in interstate commerce and in activities affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

Dated: August 14, 2024

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

1

s/*Anthony P. Vance*  
ANTHONY P. VANCE  
Assistant United States Attorney  
Chief, Branch Offices

s/*Katharine Hemann*  
KATHARINE HEMANN  
Assistant U.S. Attorney  
101 First Street, Suite 200  
Bay City, Michigan 48708-5747  
(989) 895-5712  
Katharine.Hemann@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     X No

Case: 1:24-cr-20447
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 08-14-2024

**Case Title:** USA v. Daniel Stellmacher

**County where offense occurred:** Bay County

**Check One:** X **Felony**  ☐ **Misdemeanor**  ☐ **Petty**

    x  Indictment/_____Information ---  **no** prior complaint.
    ___Indictment/_____Information ---  based upon prior complaint [Case number:]
    ___Indictment/_____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: August 14, 2024

*/s/ Katharine Hemann*
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar #: WSBA #46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.